NICOLA DE NISI v. J. KRUGMAN CO., INC., T. G. R. CONSTRUCTION CORP., NATHAN DUBIN and COOPER GARDENS, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES C. VAN SICLEN and C. WALTER RANDALL v. IRVING T. BUSH.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANNA BINDER v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

NEW YORK WORLD'S FAIR 1939 INCORPORATED v. WORLD'S FAIR NEWS, JOSEPH F. COUFAL and JOHN W. SEYMOUR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SOPHIE TRUST and MICHAEL TRUST v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

RALPH BERNSTEIN, etc., v. MORRIS MARKIN and Others, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WALTER L. HAARMANN v. RUBEL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of EDMUND J. DONEGAN.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 535.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of MAX N. KOVEN.— Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 535.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

## (April 25, 1939.)

In the Matter of the Petition of ISRAEL NEWMAN, as Administrator, etc., of JACQUES WILLER, Also Known as JAKE WILLER and JACOB WILLER, Deceased, for Leave to Sell Real Property for Distribution. CHARLES H. WILLER. ISRAEL NEWMAN, as Administrator, etc., of JACQUES WILLER, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See ante, p. 972.]

In the Matter of the Application of BERNSON SILK MILLS against M. S. SIEGEL & COMPANY, INC., for an Order Confirming a Certain Award of Arbitrators, Dated July 21, 1938.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.